JODI LINKER
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: elizabeth_falk@fd.org

Counsel for Defendant TORRES-MELENDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

EVER TORRES-MELENDEZ,

Defendant.

**Case No.:** CR 19-717 JD

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

The above captioned matter is scheduled for sentencing on November 2, 2026. Defense counsel is preparing for trial in another matter that begins next week and requires additional time to complete the presentence interview with Mr. Torres-Melendez and U.S. Probation. Therefore, the parties and U.S. Probation agree that sentencing be continued to November 23, 2026 at 11:00 a.m.

\\

\\

\\

IT IS SO STIPULATED.

September 22, 2026
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S

NEHA NIGAM
Assistant United States Attorney

September 22, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S

ELIZABETH FALK
Assistant Federal Public Defender

IT IS SO ORDERED.

10/5/26
Dated

HONORABLE JAMES DONATO
United States District Judge